JOHN W. CHADWICK, appellant,

v.

JOHN LIVESEY, respondent.

On appeal from a decree advised by Vice-Chancellor Stevens, whose opinion is reported in *Livesey* v. *Jones, 10 Dick. Ch. Rep. 204.*

Meredith *v.* New Jersey Zinc and Iron Co.

*Mr. Francis Taylor* and *Mr. Esek Cowen* (of New York), for the appellant.

*Mr. Edwin A. S. Lewis* and *Mr. Abel I. Smith*, for the respondent.

PER CURIAM.

Decree affirmed, for the reasons given in the court of chancery.

*For affirmance*—THE CHIEF-JUSTICE, DEPUE, LIPPINCOTT, LUDLOW, ADAMS, HENDRICKSON, NIXON, VREDENBURGH —8.

*For reversal*—COLLINS, DIXON, GARRISON, VAN SYCKEL —4.